IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sharon Harris, as Special )
Administrator of the Estate of )
Andre Lepinay, deceased, )
)
       *Plaintiff*, )
)
-*vs*- ) No. 16-10695
)
City of Chicago, et al., ) *(Judge Feinerman)*
)
       *Defendants*. )

**PLAINTIFF'S UNOPPOSED MOTION TO STAY DISCOVERY PENDING RULING ON ADMISSIBILITY OF DECEDENT'S IPRA STATEMENT**

Plaintiff, by counsel, moves the Court to stay discovery pending ruling on the admissibility of statements made by plaintiff's decedent when he was interviewed by the Independent Police Review Authority. Defendants do not oppose this motion.

Grounds for this motion are as follows:

1.    This case concerns allegations that the individual defendants used excessive force on plaintiff's decedent.

2.    Plaintiff has been unable to locate any living witnesses to the events alleged in the complaint other than defendants.

3.    Plaintiff's decedent was interviewed shortly after the events alleged in the complaint by an investigator for the Independent Police Review Authority.

4. The IPRA investigator recorded the interview; decedent's statements are the only evidence that plaintiff currently has to support her case.

5. The parties disagree about the admissibility of the IPRA statement. Defendants may well revise their settlement posture if the Court concludes that the statement is admissible; plaintiff will be unable to defend a motion for summary judgment if the Court concludes that the statement is inadmissible.

6. Plaintiff is prepared to file a memorandum on admissibility of the IPRA statement within 14 days.

7. Plaintiff has shared this motion with defense counsel. Defendants do not oppose this motion.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
Kenneth N. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*Attorneys for Plaintiff*